No. 2302—Parlor City Lumber Company, Inc., vs. A. Delatte, et al.

No. 2303—C. C. Bell vs. A. Delatte, et al.

No 2304—Monroe Hardware Co., Inc., vs. H. L. Thompson, et al.

And that the decree, as thus amended, be and is made the judgment of this court.

---

No. 2302.

Second Circuit

---

PARLOR CITY LUMBER CO., INC., v. A. DELATTE ET AL.

UNION INDEMNITY COMPANY

---

(May 9, 1925, Opinion and Decree.)

(June 13, 1925, Opinion and Decree on Application of Warrantor for Rehearing.)

(June 30, 1925, Opinion and Decree on Application of Defendant, Ouachita Valley Camp No. 10, W.O.W., for Rehearing.)

(July 18, 1925, Rehearing Granted on Whole Case.)

(May 7, 1926, Opinion and Decree on Rehearing.)

(May 7, 1926, Notice of Application for Certiorari to Supreme Court on Behalf of Warrantors.)

(*Syllabus by the Editor.*)

(See Monroe Hardware Company vs. A. Delatte on page 66, herein.)

On appeal from the Fourth Judicial District Court of Louisiana, Parish of Ouachita. Hon. Percy Sandel, Judge.

McHenry, Montgomery, Lamkin & Lamkin, attorneys for plaintiff, appellee.

J. M. Munholland, attorney for Ouachita Valley Camp No. 10, Woodmen of the World, defendant, appellant.

Blanchard, Goldstein & Walker, attorneys for Union Indemnity Company, warrantor, appellant.

ON APPLICATION FOR REHEARING.

CARVER, J. For the reasons assigned in the opinion on the application for rehearing in the case of Monroe Hardware Co., Inc., vs. A. Delatte et al., No. 2301 on the docket of this court, it is decreed:

First: That a rehearing is hereby granted to Ouachita Valley Camp No. 10, Woodmen of the World, solely on the question whether it should deposit six hundred ninety-eight and 57-100 dollars additional to the eleven hundred and nine and 40-100 dollars previously ordered deposited.

Second: That the rehearing hereby granted shall suspend execution of the judgment herein rendered in favor of the Camp against Union Indemnity Company only to the extent of a share of said six hundred ninety-eight and 57-100 dollars in proportion to plaintiff's judgment herein and those rendered in favor of the plaintiffs in the following numbered and entitled cases on the docket of this court, to wit:

No. 2301, Monroe Hardware Co., Inc., vs. A. Delatte et al.

No. 2303, C. C. Bell vs. A. Delatte et al.

No. 2304, Monroe Hardware Co., Inc., vs. H. L. Thompson et al.

Odom, Judge, recused.

___

ON APPLICATION FOR REHEARING.

CARVER, J. For the reasons given in the decision denying a rehearing in the case of Monroe Hardware Company, Inc., vs. A. Delatte et al, No. 2301 on the docket of this court, it is decreed that the rehearing asked for in this case be refused, with the modification that instead of plaintiff in the call in warranty having the right to execute the judgment herein rendered on depositing $1109.40, it is decreed that it shall have the right only on depositing $1807.97; out of which deposit shall be paid pro rata the judgment in favor of the plaintiff in this suit and such judgments as may be or may have been rendered in favor of the plaintiffs in the following suits on the docket of this court in which warrantor herein has been called in warranty, namely:

No. 2301, Monroe Hardware Co., Inc., vs. A. Delatte et al.

No. 2303, C. C. Bell vs. A. Delatte et al.

No. 2304, Monroe Hardware Co., Inc., vs. H. L. Thompson et al.

The right is reserved to defendant, Ouachita Valley Camp No. 10, Woodmen of the World, to apply for a rehearing.

The judgment herein rendered in favor of Ouachita Valley Camp No. 10, Woodmen of the World, against Union Indemnity Company, shall be credited with the share of the plaintiff herein on the deposit of $1807.97.

Ouachita Valley Camp No. 10, Woodmen of the World, defendant, shall pay the costs of this appeal; all other costs to be paid by the warrantor, Union Indemnity Company.

Odom, Judge, recused.

REYNOLDS, J. In this case plaintiff established by the testimony of Felix A. Terzia and J. M. Myatt the correctness of its account sued on and that the items mentioned thereon went into and made part of the building of Ouachita Valley Camp No. 10, Woodmen of the World. The defendant offered no evidence to the contrary.

The other issues herein presented are covered by the decision of this court in case No. 2301, Monroe Hardware Company, Incorporated, vs. A. Delatte et al., and for the reasons therein expressed the judgment appealed from is affirmed, except that portion of the judgment in favor of Ouachita Valley Camp No. 10, Woodmen of the World, and against the warrantor, Union Indemnity Company, and that portion of the judgment is amended by staying execution thereon until Ouachita Valley Camp No. 10, Woodmen of the World, pays to the warrantor, Union Indemnity Company, of deposits in the registry of the District Court of Ouachita Parish, Louisiana, to be paid on the privilege claims mentioned in this suit as unpaid, the sum of eleven hundred and nine and 40-100 dollars, and as thus amended the judgment appealed from is affirmed. The costs of the lower court to be paid as provided in the judgment appealed from. The costs of the appeal to be paid by Ouachita Valley Camp No. 10, Woodmen of the World.

ON APPLICATION FOR REHEARING.

CARVER, J. For the reasons given in the decision denying a rehearing in the case of Monroe Hardware Company, Inc., vs. A. Delatte et al., No. 2301 on the docket of this court, it is decreed that the rehearing asked for in this case be refused, with the modification that instead of plaintiff in the call in warranty having the right to execute the judgment herein rendered on depositing $1109.40, it is decreed that it shall have that right only on depositing $1807.97; out of which deposit shall be paid, pro rata, the judgment in favor of the plaintiff in this suit and such judgments as may be or have been rendered in favor of the plaintiffs in the following suits on the docket of this court in which warrantor herein has been called in warranty, namely:

No. 2303; C. C. Bell vs. A. Delatte, et al.
No. 2304; Monroe Hardware Co. Inc. vs. H. L. Thompson, et al.

The right is reversed to defendant, Ouachita Valley Camp No. 10, Woodmen of the World, to apply for a rehearing.

The judgment herein rendered in favor of Ouachita Valley Camp No. 10, Woodmen of the World, against Union Indemnity Company, shall be credited with the share of the plaintiff herein of the deposit of $1,807.97.

Ouachita Valley Camp No. 10, Woodmen of the World, defendant, shall pay the costs of this appeal; all other costs to be paid by the warrantor, Union Indemnity Company.

ON APPLICATION FOR REHEARING

CARVER, J. For the reasons assigned in the opinion on the application for rehearing in the case of Monroe Hardware Co. Inc. vs. A. Delatte et al. No. 2301 on the docket of this court, it is decreed:

Second: That the rehearing hereby granted shall suspend execution of the judgmen herein rendered in favor of the plaintiff against the Camp and in favor of the Camp against Union Indemnity Company only to the extent of a share of said six hundred ninety eight and 57-100 dollars in proportion to plaintiff's judgment herein and those rendered in favor of the plaintiffs in the following numbered and entitled cases on the docket of this court, to wit: No. 2301; Monroe Hardware Co. Inc. vs. A Delatte, et al. No. 2303; C. C. Bell vs. A. Delatte, et al. No. 2304; Monroe Hardware Co. Inc. vs. H. L. Thompson, et al.

Odom, Judge, recused.

ON APPLICATION OF UNION INDEMNITY COMPANY FOR A REHEARING

REYNOLDS, J. Rehearing granted, granted on whole case.

———

ON REHEARING

WEBB, J. For the reasons assigned in the opinion on rehearing in the case of Monroe Hardware Company, Inc., versus A. Delatte, No. 2301 on the docket of this court:

It is ordered, adjudged and decreed that the original decree as modified on the application of the Union Indemnity

Company for a rehearing be amended as follows:

Instead of defendant, Ouachita Valley Camp No. 10, Woodmen of the World, having the right to execute the judgment herein rendered against the warrantor on depositing $1109.40, it is decreed that it shall have that right only on depositing seventeen hundred and twenty-one and 65-100 dollars; out of which deposit shall be paid, pro rata, the judgment in favor of the plaintiff in this suit and the judgments rendered in favor of the plaintiffs in the following suits in which the warrantor herein has been called in warranty (wherein judgments are rendered against it in favor of the Ouachita Valley Camp), namely:

No. 2301—Monroe Hardware Company, Inc., vs. A. Delatte, et al.

No. 2303—C. C. Bell vs. A. Delatte, et al.

No 2304—Monroe Hardware Company, Inc., v. H. L. Thompson, et al.

And that the decree, as thus amended, be and is made the judgment of this court.